

JUDGE DANIELS                    07 CV 2815

Martin W. Aron (MA 2008)
Scott H. Casher (SC 7903)
Edwards Angell Palmer & Dodge LLP
Attorneys for Defendant
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

RECEIVED
APR 0 9 2007
U.S. . S D N
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LINDA KLEIN,                                          No. 07 Civ.

                    Plaintiff,

        v.                                            **RULE 7.1 STATEMENT**

VERIZON SERVICES CORP.

                    Defendant.

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of

record for Defendant Verizon Services Corp. certifies that Verizon Services Corp. is a wholly

owned subsidiary of Verizon Communications Inc., and Verizon Communications Inc.'s stock is

publicly traded.

Dated:  April 9, 2007

                                        Martin W. Aron (MA 2008)
                                        Scott H. Casher (SC 7903)
                                        Edwards Angell Palmer & Dodge LLP
                                        Attorneys for Defendant
                                        750 Lexington Avenue
                                        New York, New York 10022
                                        (212) 308-4411

STM_226893_1.DOC/SCASHER