```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  APR 12 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LINDA KLEIN,                                   No. 07 Civ. 2815 (GBD)(HBP)

               Plaintiff,
                               **STIPULATION**

   v.

VERIZON SERVICES CORP.

               Defendant.

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time within which defendant Verizon Services Corp. shall serve its Answer with respect to the Complaint is extended up to and including May 10, 2007.

_____
Gail I. Auster, Esq. (GA5428)
Law Offices of Gail I. Auster & Associates, P.C.
Attorneys for Plaintiff
910 West End Avenue, Suite 1A
New York, NY 10025
(914) 737-4000

_____
Scott H. Casher, Esq. (SC 7903)
Edwards Angell Palmer & Dodge LLP
Attorneys for Defendant
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

**SO ORDERED**

_George B. Daniels_
HON. GEORGE B. DANIELS
APR 12 2007