CERTIFICATE OF SERVICE

I certify that on the 10th day of May, 2007, I caused a true copy of the attached answer to be served by first-class mail upon:

> Law Offices of Gail I Auster & Associates, P.C.
> 910 West End Avenue, Suite 1A
> New York, NY 10025

_____
SCOTT H. CASHER