**LAW OFFICES OF GAIL I. AUSTER AND ASSOCIATES, P.C.**
910 WEST END AVENUE, SUITE 1A
NEW YORK, N.Y. 10025
(914) 707-4000
(347) 594-4467 FAX

June 25, 2007

Honorable George B. Daniels, U.S.D.J.
U. S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10001

Re: Linda Klein v. Verizon Services, NY
Index No. 06-CV-15416

**SO ORDERED**
The conference is adjourned to July 25, 2007 at 9:30 a.m.
George B. Daniels
HON. GEORGE B. DANIELS

Dear Judge Daniels:

This office represents the plaintiff in the above referenced matter. This letter is to request an adjournment of the initial pretrial conference which is currently scheduled for July 11, 2007. I will be out of town during that week on business. No previous requests for an adjournment have been made.

I have conferred with opposing counsel, who agrees to an adjournment. We are both available for a conference on any day in July 2007 after July 18, 2007, with the exception of July 24, 2007.

If you have any questions, please do not hesitate to contact me.

Respectfully,

Gail I. Auster

cc: S. Casher, Esq.

GIA/erm