# LAW OFFICES of
# GAIL I AUSTER
# and ASSOCIATES

**Gail I. Auster, Esq.**
Law Offices of Gail I. Auster & Associates, P.C.

17 Battery Place | Suite 711 | New York, NY 10004
212 864 3461 *office* | 914 707 4000 *cell* | 212 864 2228 *fax* | *gailauster@lawauster.com*

June 22, 2012

**VIA E-MAIL**

Hon. Alison J. Nathan
United States District Court
Southern District of New York
500 Pearl St., Room 17B
New York, NY 10007-1312
NathanNYSDChambers@nysd.uscourts.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 2 2 2012
```

RE:   **Linda Klein v. Verizon Services Corp.**
      **07-civ-2815 (AJN)**

Dear Judge Nathan:

I represent the Plaintiff, Linda Klein, in the above-referenced matter. This case is scheduled for trial commencing on July 23, 2012. The Joint Pre-Trial Order is due today. This letter is to request an extension to Monday, June 25, 2012, and is made jointly.

The reasons for the extension are twofold: First, I have viewed the Defendant's Exhibit List today for the first time, and I am unable to review all 350+ exhibits for purposes of evidentiary objections. The second reason is that the Plaintiff has numerous deposition designations, many of which I worked on at home and thought that I had emailed the document to myself at the office. However, I am at my office and they are not in my Outlook. Technology does not always work to my advantage.

Thank you for your understanding in this matter.

Very truly yours,

*/s/ Gail I. Auster*
Gail I. Auster

GIA/sf

cc: Scott Casher, Esq.

SO ORDERED: 6/22/12

*/s/ Alison J. Nathan*
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE