17 Battery Place, Suite 711
New York, NY 10004
(914) 707-4000
Gail I. Auster (GA8428)
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LINDA KLEIN,   Index No. 07 Civ 2815
   (AJN)(HBP)

            **Plaintiff,**

   - against –

   NOTICE OF PLAINTIFF'S
   SECOND MOTION IN LIMINE

**VERIZON SERVICES CORP.,**

            **Defendants.**
------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Gail I. Auster and the accompanying Memorandum of Law, Plaintiff Linda Klein, shall move before the Honorable Allison J. Nathan, U.S.D.J., United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, 10007, for an Order pursuant to Fed. R. Evid. 401, 402, and 403, to exclude post termination evidence and state of the industry testimony by Verizon.

Dated:  New York, New York
        June 25, 2012

                          Respectfully submitted,

                          THE LAW OFFICES OF GAIL I. AUSTER &
                          ASSOCIATES

                          By: _____
                          Gail I. Auster (GA-8428)
                          17 Battery Place, Suite 711
                          New York, New York, NY 10004
                          (914) 707-4000
                          Attorneys for Plaintiff