17 Battery Place, Suite 711
New York, NY 10004
(914) 707-4000
Gail I. Auster (GA8428)
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X

| | |
|---|---|
| LINDA KLEIN, | Index No. 07 Civ 2815 (AJN)(HBP) |
| Plaintiff, | |
| - against – | |
| | **NOTICE OF PLAINTIFF'S THIRD MOTION IN LIMINE** |
| VERIZON SERVICES CORP., | |
| Defendants. | |

------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Gail I. Auster and the accompanying Memorandum of Law, Plaintiff Linda Klein, shall move before the Honorable Allison J. Nathan, U.S.D.J., United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, 10007, for an Order pursuant to Fed. R. Evid. 401, 402, and 403, precluding defendant's exclude statements, testimony and evidence characterizing Plaintiff's 2005 demotion as a "hire".

Dated: New York, New York
       June 25, 2012

Respectfully submitted,

THE LAW OFFICES OF GAIL I. AUSTER & ASSOCIATES

By: _____
Gail I. Auster (GA-8428)
17 Battery Place, Suite 711
New York, New York, NY 10004
(914) 707-4000
Attorneys for Plaintiff