# LAW OFFICES of GAIL I AUSTER and ASSOCIATES

Gail I. Auster, Esq.
Law Offices of Gail I. Auster & Associates, P.C.

17 Battery Place | Suite 711 | New York, NY 10004
212 864 3461 *office* | 914 707 4000 *cell* | 212 864 2228 *fax* | *gailauster@lawauster.com*

June 27, 2012

**VIA E-MAIL**

Hon. Alison J. Nathan
United States District Court
Southern District of New York
500 Pearl St., Room 17B
New York, NY 10007-1312
NathanNYSDChambers@nysd.uscourts.gov

RE:  Linda Klein v. Verizon Services Corp.
     07-civ-2815 (AJN)

Dear Judge Nathan:

I represent the Plaintiff, Linda Klein, in the above-referenced matter.

I write to request leave to file an amended Joint Pre-Trial Order ("JPTO"). This request is made for the reason that the wrong version of the JPTO was inadvertently filed late Monday night. Counsel for the parties jointly called the Court yesterday to request permission to file the corrected version. As Counsel for Defendant does not wish to review the final document until leave is granted, this is to request leave to file by close of business on June 28, 2012.

*So Ordered*

Counsel apologizes to the Court for any confusion this may have caused.

Thank you for your consideration in this matter.

Very truly yours,

Gail Auster

c: Scott Casher, Esq.

6/27/12

SO ORDERED:

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 27 2012