UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
KLEIN                                                                          Docket Number: 07 CV 2815 (JMF)

       -against-                                                            NOTICE OF REASSIGNMENT

VERIZON
-------------------------------------------------------

The above-entitled action is:

[ X ] Reassigned to the Hon. JESSE M. FURMAN (JMF)

[   ] Reassigned Referral to Hon.                              , Magistrate Judge

[   ] Reassigned Designation to Hon.                           , Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Reassignment on all defendants.

                                                      Ruby J. Krajick
                                                      Clerk of Court

Dated: 06/28/2012                                                            By:    PHYLLIS ADAMIK
                                                                  Deputy Clerk