UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LINDA KLEIN,

                   Plaintiff,

      -v-

VERIZON SERVICES CORP.,

                  Defendant.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/28/12

07 Civ. 2815 (JMF)

ORDER

JESSE M. FURMAN, District Judge:

      This case has been reassigned to the undersigned for all purposes. The parties are advised that trial will proceed as planned on July 23, 2012. In addition, the settlement conference previously scheduled for July 5, 2012, will also proceed as planned before District Judge Alison J. Nathan. The parties should communicate directly with Judge Nathan's Chambers with respect to the settlement conference.

      The parties are directed to the Court's Individual Rules and Practices for Civil Cases and Individual Rules and Practices for Trial, both of which are available on the Court's website, at http://nysd.uscourts.gov/judge/Furman.

      On June 25, 2012, Defendant filed eight motions *in limine*. On June 26, 2012, Plaintiff filed three motions *in limine*. It is hereby ORDERED that the parties shall file their responses to these motions, if any, by **5:00 p.m.** on **July 2, 2012**.

      By letter to Judge Nathan dated June 27, 2012, Defendant requests that "the Court compel plaintiff to fully comply with FRCP 26(a)(3) (Pretrial Disclosures) and compel plaintiff to either produce for deposition certain of the witnesses she just identified for trial or preclude those witnesses from testifying at trial." It is hereby ORDERED that Plaintiff has until **Friday, June 29, 2012** at **5:00 p.m.** to file a response with the Court. Pursuant to the Court's Individual Rules and Practices, if Plaintiff chooses to file a response, she may do so by letter to the Court sent via e-mail as a .PDF attachment.

      The parties are further ORDERED to submit to the Court, **on or before July 6, 2012**, the following:

      (1) a joint letter identifying any open legal issue awaiting the Court's resolution (other than the motions *in limine* filed by each party on ECF), and attaching any prior correspondence or filings related to such issue;

      (2) any materials or information required by this Court's Rules not previously included in the parties' proposed Joint Pretrial Order;

(3) consistent with this Court's Rules (and the Rules of Judge Nathan as well), *joint* requests to charge, a *joint* proposed verdict form, and *joint* proposed *voir dire* questions. At the time of filing, the parties should also submit copies of these documents to the Court by e-mail (Furman_NYSDChambers@nysd.uscourts.gov), as Microsoft Word documents. For any request to charge or proposed *voir dire* question on which the parties cannot agree, each party should clearly set forth its proposed charge or question, and briefly state why the Court should use its proposed charge or question, with citations to supporting authority; and

(4) one copy of each documentary exhibit sought to be admitted at trial, pre-marked and assembled sequentially in a loose leaf binder or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference.

IT IS FURTHER ORDERED that counsel for all parties shall appear for a final pretrial conference with the Court on **Tuesday, July 17, 2012**, at **2:30 p.m.** in **Courtroom 26A** of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York. **The conference must be attended by the attorney who will serve as principal trial counsel.**

SO ORDERED.

Dated: June 28, 2012
New York, New York

JESSE M. FURMAN
United States District Judge